

# LOAN LAWYERS, LLC.
FIGHTING FOR COMMUNITIES, ONE HOMEOWNER AT A TIME

---

A Private Law Firm  "*The Attorneys That Care*" ™

| *Main Office:* | *Miami-Dade office:* | *Palm Beach office:* |
|---|---|---|
| 377 North SR 7, Suite 202<br>Plantation, Florida 33317-2817<br>Telephone: (954) 523-HELP (4357)<br>Facsimile: (954) 581-2786<br>www.FloridaLoanLawyers.com | 11098 Biscayne Boulevard, Suite 408<br>Miami, Florida 33161<br>Telephone: (305) 891-4010 | 301 W. Atlantic Avenue, Suite O-8<br>Delray Beach, Florida 33444<br>Telephone: (561) 832-6060 |

**\*\*Please reply to the Plantation office**

June 9, 2014

**VIA CERTIFIED MAIL-RETURN RECEIPT**

Chase
P.O. Box 183166
Columbus, OH  43218

Re: **TILA Request and Request for Information under 12 CFR 1024.36 of Regulation X**
JOSEPH NELSON AND MARIE NELSON
Account Number: ▉▉▉▉▉▉▉
Property Address: ▉ NE 122nd Street, Miami, FL 33161

Dear Sir or Madam:

Please consider this letter to constitute a Request for Information under 12 CFR Section 1024.36 of Regulation X of the Mortgage Servicing Act under RESPA, which Regulation became effective on January 10, 2014. These amendments implemented the Dodd-Frank Wall Street Reform and Consumer Protection Act provisions regarding mortgage loan servicing. Under these amendments, you must acknowledge receipt of this Notice within five (5) days thereof (excluding legal public holidays, Saturdays and Sundays) and must advise us of your responses to this notice within thirty (30) days of receipt thereof (excluding legal public holidays, Saturdays and Sundays).

I am in receipt of your recent mortgage statement dated February 18, 2014, and would like a *detailed* explanation of the various charges. Specifically, please provide a *detailed* explanation for the following fees:

- $40.00 fee labeled as "Charge for Service" 01/09/14
- $5.00 fee labeled as "Charge for Service" 1/9/14
- $909.00 fee labeled as "Charge for Service" 1/9/14
- $1,390.00 fee labeled as "Charge for Service" 2/4/14
- $275.00 fee labeled as "Charge for Service" 2/4/14

*FC-771682*

For each of the above charges, Please identify **with specificity** the basis for each and every expense and the date of accrual of each. Additionally, please identify with specificity any document in your possession, or known to you, that supports or evidences any of the charges or amounts due reflected.

Please be advised that the subject property is currently occupied and my clients have not allowed the property to deteriorate or commit waste on the property. My clients have maintained the property in order to prevent the property from deteriorating or decreasing in value due to its condition. If you should have any further questions or concerns regarding the condition or status of the property, please do not hesitate to contact the undersigned. **Please do not continue your monthly property inspections. In light of the above, please be advised that it is our position that any future property inspections are not reasonable pursuant to Section 7 of the mortgage, and any further fees incurred as a result of any future inspections will be deemed an "error" pursuant to 12 C.F.R. Part 1024.35(b)(5).**

**<u>Pursuant to Section 1024.36(c), you must acknowledge receipt of this Request within five (5) days thereof (excluding legal public holidays, Saturdays and Sundays) Pursuant to Section 1024.36(d)(ii)(2)(B), you must respond not later than thirty (30) days (excluding legal public holidays, Saturdays and Sundays) after you receive this Request for Information</u>**

In the event that the Request(s) for Information section of this correspondence has been sent to an address that differs from an exclusive address that you previously designated, and in accordance with Section 1024.36(b), please do one of the following: (1) direct the Request(s) for Information to the correct address; or (2) provide the undersigned a written notice, within five business days, specifying the designated address along with a copy of the original notice sent to the above-referenced client that established the exclusive address in accordance with Section 1024.36(b).

Sincerely,

Aaron Silvers, Esq.

Cc: Kass, Shuler, Solomon, Spector

*FC-771682*

# LOAN LAWYERS, LLC.

A Private Law Firm

*"The Attorneys That Care"* ™

*Main Office:*

377 North SR 7, Suite 202
Plantation, Florida 33317-2817
Telephone: (954) 523-HELP (4357)
Facsimile: (954) 581-2786
www.FloridaLoanLawyers.com

*Miami-Dade office:*

11098 Biscayne Boulevard, Suite 408
Miami, Florida 33161
Telephone: (305) 891-4010

*Palm Beach office:*

301 W. Atlantic Avenue, Suite O-8
Delray Beach, Florida 33444
Telephone: (561) 832-6060

**\*\*Please reply to the Plantation office**

March 6, 2014

## VIA CERTIFIED MAIL-RETURN RECEIPT

Chase Home Finance
P.O. Box 183166
Columbus, Ohio. 43218-3166

> Re: JOSEPH NELSON AND MARIE NELSON
> Account Number: [redacted]
> Property Address: [redacted] NE 122nd Street, Miami, FL 33161

Dear Sir or Madam:

I/we, the above-reference borrower(s) hereby authorize my/our attorneys, Loan Lawyers, LLC., to request information on my/our behalf regarding my/our mortgage loan and for you to provide the requested information to Loan Lawyers, LLC. This includes but is not limited to:

- ❖ Requests under the Truth-in-Lending Act, 15 U.S.C. Section §16401, *et seq.* ("TILA")
- ❖ Request under 12 U.S.C. 2605(e) ("RESPA")
- ❖ All other requests related in any way to my loan with your company.

This authorization shall remain in effect until expressly revoked.

Signed this _____ day of _____, 20____.

_____
(Borrower)

_____
(Borrower)

Cc: Kass, Shuler, Solomon, Spector

*Rev. 4/12*

FC-771682

FC-771682

# CHASE

FEB 26 2014

mtgstmt

| | |
|---|---|
| Monday - Thursday | 8 a.m. - midnight (ET) |
| Friday | 8 a.m. - 10 p.m. (ET) |
| Saturday | 8 a.m. - 5 p.m. (ET) |
| Hearing Impaired (TTY) | 1-800-582-0542 |

chase.com

41061 MSD Z 04914 C - BRE
MARIE NELSON
JOSEPH NELSON
C/O LOAN LAWYERS
377 N STATE ROAD 7 STE 202
PLANTATION FL 33317-2817

## Mortgage Loan Statement

| | |
|---|---|
| Loan Number | |
| Statement Date | 02/18/2014 |
| Property Address | 122nd St North Miami, FL 33161 |
| **Total Payment Due** | **$58,031.10** |
| **Payment Due Date** | **3/1/2014** |

A late charge of $70.46 may apply if received after 03/16/2014.

## Loan Overview

| | |
|---|---|
| Original Principal Balance | $224,000.00 |
| Unpaid Principal Balance | $197,076.42 |
| Interest Rate | 5.75000% |
| Escrow Balance | ($8,595.39) |
| Corporate Advance Balance | $3,416.00 |

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Total Payment For This Billing Period Includes

| | |
|---|---|
| Principal | $560.15 |
| Interest | $849.05 |
| Escrow Payment (Taxes and Insurance) | $37.33 |
| **Total Monthly Payment** | **$1,446.53** |
| Fees/Charges | $804.51 |
| Original Missed Payment Date | 12/01/2010 |
| **Total Past Due Amount** | **$55,780.06** |
| **Total Payment Due** | **$58,031.10** |

## Transaction Activity Since Your Last Statement (Including Fees/Charges)

| Transaction Date | Description | Total Received | Principal | Interest | Escrow | Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|
| 01/09/2014 | *CHARGE FOR SERVICE | | | | | $40.00 | |
| 01/09/2014 | *CHARGE FOR SERVICE | | | | | $5.00 | |
| 01/09/2014 | *CHARGE FOR SERVICE | | | | | $909.00 | |
| 01/20/2014 | FLOOD INSURANCE PAID | | | | $483.00 | | |
| 02/04/2014 | *CHARGE FOR SERVICE | | | | | $1,390.00 | |
| 02/04/2014 | *CHARGE FOR SERVICE | | | | | $275.00 | |

As of 02/18/2014, $61,447.10 is required to bring your loan current. This amount may include:

- Your past-due principal and interest payments
- Attorney or foreclosures fees
- Insufficient funds and other fees
- Advances we've made to purchase homeowners insurance for you or pay past-due real estate taxes.

This amount was calculated on the date referenced above, which means it may change. Call us at 1-800-848-9380 to confirm the full payment amount you owe to bring your account up to date.



Loan Number
Statement Date 02/18/2014
Property Address
N 122nd St
North Miami, FL 33161

MARIE NELSON
JOSEPH NELSON
C/O LOAN LAWYERS
377 N STATE ROAD 7 STE 202
PLANTATION FL 33317-2817

## Important Messages

The Corporate Advance Balance listed under the Loan Overview section and/or examples of Charge for Service in the Transaction Activity section can include, but aren't limited to, expenses for inspections, home valuations and legal fees. You're not required to include these additional amounts at this time, but you may be required to pay them when or before your entire loan balance is due.

Urgent! We have not received your monthly mortgage payment. Call us immediately at 1-800-848-9380 to discuss your options.

We are a debt collector. If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this mortgage statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation.

If you receive or expect to receive an insurance claim check for damages to your home, you can visit **chase.com/InsuranceClaim** for information about our claim process. If you have any questions, please call us at 1-866-742-1461 Monday through Friday from 8 a.m. to midnight and Saturday from 8 a.m. to 8 p.m. Eastern Time.





## Delinquency Information

| | |
|---|---|
| Loan Number | |
| Statement Date | 02/18/2014 |
| Property Address | N 122nd St |
| | North Miami, FL 33161 |

MARIE NELSON
JOSEPH NELSON
C/O LOAN LAWYERS
377 N STATE ROAD 7 STE 202
PLANTATION FL 33317-2817

## Important Notice

You've missed one or more payments and your mortgage loan is in default. This summary highlights the status of your account, your missed payments and how to get help.

We can provide options that may lower your payment, lower your interest rate or help you avoid foreclosure.

**We need you to do one of two things right away:**
1. Bring your mortgage loan up to date by **sending a payment of $58,031.10 by 3/1/2014; OR**

2. If you're unable to pay this amount by 3/1/2014, call us right away at **1-866-550-5705** so we can discuss options that may help you.

The foreclosure process has started.

This notice may not stop the foreclosure referral, process or sale. Do not ignore any notices.

## Amount Due

As of 02/18/2014, $61,447.10 is required to bring your loan current. This amount may include:

- Your past-due principal and interest payments
- Attorney or foreclosure fees
- Insufficient funds and other fees
- Advances we've made to purchase homeowners insurance for you or pay past-due real estate taxes.

This amount was calculated on the date referenced above, which means it may change. Call us at 1-800-848-9380 to confirm the full payment amount you owe to bring your account up to date.

## Delinquency Status

**Your mortgage loan became delinquent on 12/01/2010 and your payment is 1175 days past due. If you already made your past-due payments, please disregard this notice.**

If you have not made past-due payments, you may be at risk of foreclosure or other fees and charges.

## Other Resources

You can call the U.S. Department of Housing and Urban Development at 1-800-569-4287 or the U.S. Department of the Treasury sponsored HOPE Hotline number at 1-888-995-HOPE; 1-888-995-4673 and ask for MHA Help to get free assistance, or visit HopeNow.com. You can also find a nonprofit HUD-approved counselor who can provide the information and assistance you may need to avoid foreclosure by using the search tool at hud.gov/offices/hsg/sfh/hcc/fc/.

## Additional Information

**If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.**

**To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation.**

This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

## Summary of Your Most Recent Payments

| Payment Due Date | Amount Remaining Past Due |
|---|---|
| 9/1/2013 | $1,446.53 |
| 10/1/2013 | $1,446.53 |
| 11/1/2013 | $1,446.53 |
| 12/1/2013 | $1,446.53 |
| 1/1/2014 | $1,446.53 |
| 2/1/2014 | $1,446.53 |



Please see reverse side for important information.