Chase (OH4-7302)
3415 Vision Drive
Columbus, OH 43219-6009
(800) 848-9136
(800) 848-9136

JUL 1 8 2014

1682

Marie Nelson and Joseph Nelson
c/o Loan Lawyers
377 N State Road 7 Ste 202
Plantation, FL 33317-0000

Chase (OH4-7302)
3415 Vision Drive
Columbus, OH 43219-6009

CHASE

July 11, 2014

Marie Nelson and Joseph Nelson
c/o Loan Lawyers
377 N State Road 7 Ste 202
Plantation, FL 33317-0000

**Verification of debt**
Account ending in:   ******1689
Borrower(s):        Marie Nelson
                    Joseph Nelson

Dear Marie Nelson and Joseph Nelson:

We are responding to your letter we received on July 7, 2014 about the account above. Our understanding is that this loan is a valid and legally enforceable financial obligation with Chase.

Please note that this loan was originated on February 23, 2005. The servicing of this loan transferred to Chase on April 14, 2005. In addition, as of the date of this letter, our records show the following details about this account:

| | |
|---|---|
| Unpaid Principal Balance | $197,076.42 |
| Accrued Interest from 11/1/2010 to 7/11/2014 | $41,891.59 |
| Escrow Advances | $11,057.39 |
| Other Fees and Advances | $3,530.51 |
| Subtotal | $253,555.91 |
| Suspense Amount | $0.00 |
| **Total** | $253,555.91 |

*Please note that this is not a payoff quote. Accrued interest, fees, corporate and escrow advances, payments received, and other charges may have been assessed or credited to the loan since the date of this letter.*

Marie Nelson and Joseph Nelson
July 11, 2014

Loans serviced by Chase may be assumed under some circumstances depending on investor guidelines. For assumption information specific to your loan or to request an assumption package, please contact the customer service department.

To further understand your credit dispute, please send us detailed information that includes the specific month and year in dispute, along with your loan number and any supporting documentation, to the following address:

Chase (OH4-7302)
P.O. Box 24696
Columbus, OH 43224-0696

Some information you requested is unavailable or considered confidential and cannot be provided. For questions about loan transactions, please look in the Loan Transaction History. The investor for this loan is Freddie Mac, 8200 Jones Branch Dr McLean, VA 22102, (800) 373-3343.

We enclosed copies of the following documents:

- Note
- Security Instrument

We appreciate your business. If you have questions, please call us at the telephone number listed below.

Sincerely,

Chase
(800) 848-9136
800-582-0542 TDD / Text Telephone
www.chase.com

Enclosure(s)

**We are a debt collector.**

**If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.**

**To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation.**

**Chase is obligated to report accurate information to the credit bureaus and will continue to do so. Late payments, missed payments, or other defaults on the account may be reflected in your credit report. This letter shall not be deemed to be a waiver of any rights or remedies, which are expressly reserved.**

DA010