

# LOAN LAWYERS, LLC.
FIGHTING FOR COMMUNITIES, ONE HOMEOWNER AT A TIME

---

A Private Law Firm                                                                                  *"The Attorneys That Care"* ™

| *Main Office:* | *Miami-Dade office:* | *Palm Beach office:* |
|---|---|---|
| 377 North SR 7, Suite 202<br>Plantation, Florida 33317-2817<br>Telephone: (954) 523-HELP (4357)<br>Facsimile: (954) 581-2786<br>www.Fight13.com | 11098 Biscayne Boulevard, Suite 408<br>Miami, Florida 33161<br>Telephone: (305) 891-4010 | 301 W. Atlantic Avenue, Suite O-8<br>Delray Beach, Florida 33444<br>Telephone: (561) 832-6060 |

**\*\*Please reply to the Plantation office**

August 18, 2014

Kass, Shuler, Solomon, Spector
1505 N. Florida Avenue
PO Box 800
Tampa, FL 33601-0800

Re: **TILA Request and Request for Information under 12 CFR 1024.36**
     Client: JOSEPH NELSON AND MARIE NELSON
     Account Number: ▮▮▮▮▮▮▮
     Property Address: ▮▮▮ NE 122nd Street, Miami, FL 33161

Dear Sir or Madam:

On or about July 18, 2014, I received what purports to be a response to the Request for Information ("RFI"), under Section 1024.36 of Regulation X of the Mortgage Servicing Act under RESPA, sent on behalf of the above-referenced client, which your client, CHASE HOME FINANCE, received on June 16, 2014. A true and correct copy of the RFI is attached hereto for your convenience.

In the RFI, I requested a detailed explanation of various fees imposed on a recent mortgage statement, dated February 18, 2014. A true and correct copy of the RFI is attached hereto for your convenience. Upon review of your response, I feel that it is both boilerplate and woefully inadequate, falling short of compliance with Section 1024.36. My initial request inquired into fees labeled "charges for service". In exchange, I have received a basic response failing to address and much less explain the said fees.

A line in your response claims: "Some information you requested in unavailable or considered confidential and cannot be provided," yet there is no information specified falling under such privilege. Please specify to prevent multiple requests for the same information.

That said, I wanted to give your client the opportunity to supplement its response and comply with the law. Given the importance of this information to our client's interests, we are willing to provide an additional two weeks for you to obtain this information. Should you feel the need for additional time, please request additional time in writing within the next two weeks.

Sincerely,

Aaron Silvers, Esq.